No. 11–7508.  HERNANDEZ-HERNANDEZ v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7530.  MEZA v. ZICKEFOOSE, WARDEN.  C. A. 3d Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7534.  NOLAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–7535.  PENNANT v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7581.  ROBINSON v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7588.  VAZQUEZ v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7596.  MCCREARY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–7614.  FLORES v. HOLDER, ATTORNEY GENERAL.  C. A. 4th Cir.  Certiorari before judgment denied.

No. 11–7721.  REED v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

*Rehearing Denied*

No. 10–1115.  CAVAZOS, ACTING WARDEN v. SMITH, *ante*, p. 1;
No. 10–1441.  FANOR v. ALVARADO ET AL., *ante*, p. 821;
No. 10–10267.  JONES v. CANIZARO ET AL., *ante*, p. 832;
No. 10–10494.  JONES v. TRAVELERS ET AL., *ante*, p. 838;

No. 10–10704. DAVIS v. STEELE, WARDEN, *ante,* p. 845;

No. 10–10709. WASHINGTON v. CAIN, WARDEN, *ante,* p. 845;

No. 10–10713. SANCHEZ v. ALDRICH ET AL., *ante,* p. 845;

No. 10–10949. C. F. v. SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY, ET AL., *ante,* p. 858;

No. 10–11019. JONES v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 862;

No. 10–11189. MOSS v. UNITED STATES, *ante,* p. 872;

No. 10–11191. HAMILTON v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 872;

No. 10–11214. GRIFFIN v. PENNSYLVANIA, *ante,* p. 873;

No. 10–11265. FOURSTAR v. MURLAK ET AL., *ante,* p. 876;

No. 11–62. CAZARES ET AL. v. COSBY, *ante,* p. 881;

No. 11–125. HOLMES v. EAST COOPER COMMUNITY HOSPITAL, INC., ET AL., *ante,* p. 943;

No. 11–150. MOORE v. USC UNIVERSITY HOSPITAL, INC., ET AL., *ante,* p. 884;

No. 11–165. RIFFIN v. MARYLAND DEPARTMENT OF THE ENVIRONMENT, *ante,* p. 944;

No. 11–171. OSMOLSKI ET AL. v. NEW JERSEY, *ante,* p. 944;

No. 11–255. TINSLEY v. BARKSDALE, *ante,* p. 977;

No. 11–298. CLAMPITT v. GEURIN ET UX., *ante,* p. 1035;

No. 11–304. CRAWFORD v. WOLVERINE, PROCTOR & SCHWARTZ, INC., ET AL., *ante,* p. 1035;

No. 11–308. THOMAS ET AL. v. ALCOSER ET AL., *ante,* p. 978;

No. 11–331. MARCELLO v. INTERNAL REVENUE SERVICE, *ante,* p. 979;

No. 11–359. MIRACLE STAR WOMEN'S RECOVERING COMMUNITY, INC. v. JETT ET AL., *ante,* p. 1046;

No. 11–5020. CRUZ MARTINEZ v. SCRIBNER, WARDEN, *ante,* p. 885;

No. 11–5032. POPE v. BERNARD ET AL., *ante,* p. 886;

No. 11–5079. MCGREW v. GILCREASE ET AL., *ante,* p. 888;

No. 11–5098. TAYLOR, ON BEHALF OF GORDON v. LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., *ante,* p. 889;

No. 11–5118. OLIVIER v. COUNTY OF LOS ANGELES, CALIFORNIA, *ante,* p. 890;

No. 11–5135. SLATER v. UNITED STATES, *ante,* p. 891;

No. 11–5139. NELSON v. UNITED STATES, *ante,* p. 891;

No. 11–5143. WRAY v. REYNOLDS, WARDEN, *ante,* p. 892;

No. 11–5258. GEE v. KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL., *ante*, p. 897;

No. 11–5417. BAFFORD v. MIDFIRST BANK ET AL., *ante*, p. 1037;

No. 11–5427. JEANETTA v. UNITED STATES, *ante*, p. 906;

No. 11–5438. FINCHER v. UNITED STATES, *ante*, p. 907;

No. 11–5478. LEULUAIALII v. SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, *ante*, p. 909;

No. 11–5493. MCCLUER v. TEXAS, *ante*, p. 910;

No. 11–5515. PALMER v. BUGE ET AL., *ante*, p. 912;

No. 11–5616. WILLIAMS v. THOMPSON, WARDEN, ET AL., *ante*, p. 947;

No. 11–5620. TAYLOR v. VISINSKY ET AL., *ante*, p. 947;

No. 11–5642. SHOVE ET AL. v. UNITED STATES DISTRICT COURT JUDGES ET AL., *ante*, p. 917;

No. 11–5664. OCHOA v. RUBIN, *ante*, p. 1037;

No. 11–5699. JOHNSON v. UNITED STATES, *ante*, p. 919;

No. 11–5814. PURCHASE v. FLORIDA, *ante*, p. 952;

No. 11–5877. HAWK v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 924;

No. 11–5927. BADEN v. CITY OF WHEATON, ILLINOIS, ET AL., *ante*, p. 980;

No. 11–5928. BAKER v. GERDENICH REALTY CO., *ante*, p. 952;

No. 11–5936. DERRINGER v. ARIZONA ET AL., *ante*, p. 980;

No. 11–5962. JELANI v. PROVINCE, WARDEN, *ante*, p. 981;

No. 11–5963. JONES v. FLORIDA, *ante*, p. 981;

No. 11–6011. CLANTON v. SCHLEGEL SYSTEMS, INC., ET AL., *ante*, p. 982;

No. 11–6027. MANZELLA v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, *ante*, p. 982;

No. 11–6054. SPRINGS v. NEW YORK CITY BOARD OF EDUCATION ET AL., *ante*, p. 983;

No. 11–6063. DAVIS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 983;

No. 11–6107. TOMPSON v. MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, *ante*, p. 984;

No. 11–6119. WASHINGTON v. SCHOOL BOARD OF HILLSBOROUGH COUNTY, *ante*, p. 967;

No. 11–6200. F. J. v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, *ante*, p. 1016;

No. 11–6238. BARKER v. UNITED STATES, *ante*, p. 987;

1152

No. 11–6262. NASH v. PTASHNINK ET AL., *ante*, p. 1038;

No. 11–6279. RANDOLPH v. BODISON, WARDEN, *ante*, p. 987;

No. 11–6313. IN RE SHOVE ET AL., *ante*, p. 940;

No. 11–6373. HUDSON v. LAFLER, WARDEN, *ante*, p. 988;

No. 11–6391. BUCK v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 1022;

No. 11–6415. PETROS v. BOOS ET AL., *ante*, p. 1041;

No. 11–6838. PINDER v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 1069; and

No. 11–6926. MCDONALD v. UNITED STATES, *ante*, p. 1045. Petitions for rehearing denied.

No. 11–6338. PERTIL v. UNITED STATES, *ante*, p. 960. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5891. MILLER v. IN RE APPLICATION OF COUNTY TREASURER FOR JUDGMENT AND ORDER OF SALE AGAINST LANDS AND LOTS RETURNED DELINQUENT FOR NON-PAYMENT OF GENERAL TAXES AND/OR SPECIAL ASSESSMENT, *ante*, p. 966. Motion for leave to file petition for rehearing denied.

JANUARY 11, 2012

No. 11–678. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND v. BIO-MEDICAL APPLICATIONS OF TENNESSEE, INC. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

JANUARY 12, 2012

No. 11–341. QWEST SERVICES CORP. ET AL. v. BLOOD ET AL. Sup. Ct. Colo. Certiorari dismissed under this Court's Rule 46.1.

JANUARY 13, 2012

No. 11–184. KLOECKNER v. SOLIS, SECRETARY OF LABOR. C. A. 8th Cir. Certiorari granted.